## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**SELESIA K. BYRD**                                                        **PLAINTIFF**

**V.**                                            **CIVIL ACTION NO. 1:16cv86 LG-RHW**

**MBT LIMITED *D/B/A* SOUTHERN COMFORT**
**CAMPGROUND, and MARGARET MOONEY**                        **DEFENDANT**

### NOTICE OF DISMISSAL

  COMES NOW Plaintiff, Selesia K. Byrd, by and through counsel, and pursuant to Rule

41(a)(i) of the Federal Rules of Civil Procedure, and gives notice of dismissal of the above styled

and numbered action, and would show that no adverse party has served an answer or a motion

for summary judgment.

  This the 5th day of May, 2016.

       Respectfully submitted,

       /s/Jason Graeber.
       Jason Graeber, Attorney for Selesia K. Byrd.
       2462 Pass Road
       Biloxi, Mississippi 39531
       Telephone:  (228) 207-7117
       Facsimile:  (228) 207-8634
       MSB No.:  101267
       jason@jasongraeberlaw.com